# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

COUNTY OF CAPE MAY, et al.,

    *Plaintiffs,*

v.

UNITED STATES OF AMERICA, et al.,

    *Federal Defendants.*

Case No.: 1:23-cv-21201-KMW-SAK

Judge Karen M. Williams
Magistrate Judge Sharon A. King

**ORDER**

Upon review of the Consent Motion to Extend Federal Defendants' Deadline to Respond to the Complaint, filed on December 8, 2023, ECF No. 28, and good cause having been shown, the motion is hereby GRANTED.

The deadline for Federal Defendants to answer, move to dismiss, or otherwise respond to the Complaint, ECF No. 1, is hereby EXTENDED to **March 25, 2024**.

IT IS SO ORDERED.

Date: December 11, 2023

By: _Sharon A. King_
THE HONORABLE SHARON A. KING
UNITED STATES MAGISTRATE JUDGE